No. 481.  BUSH *v.* ALLSTATE INSURANCE Co., *ante,* p. 833;

No. 5212.  NIX *v.* ILLINOIS, *ante,* p. 836; and

No. 5508.  McKINNON *v.* UNITED STATES, *ante,* p. 868. Motions for leave to file petitions for rehearing denied.

No. 5671.  CANTRELL *v.* UNITED STATES, *ante,* p. 920. Petition for rehearing denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JANUARY 8, 1971

No. ——.  IN RE HOGAN.  Sup. Ct. Minn.  Motion for leave to file petition for writ of mandamus and stay presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. 6295.  ST. CLAIR *v.* SELECTIVE SERVICE LOCAL BOARD No. 35, BROOKLYN, NEW YORK, ET AL.  C. A. 2d Cir.  Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

JANUARY 11, 1971

No. 463.  SEA PAK, A DIVISION OF W. R. GRACE & Co. *v.* INDUSTRIAL, TECHNICAL & PROFESSIONAL EMPLOYEES, DIVISION OF NATIONAL MARITIME UNION, AFL–CIO. Affirmed on appeal from C. A. 5th Cir.  MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 836.  HENKES ET AL. *v.* FISHER ET AL.  Affirmed on appeal from D. C. Mass.